Decided January 24, 2006

NANCY M. BISHOP *v.* ZONING BOARD OF APPEALS OF THE TOWN OF GUILFORD ET AL.

PLANNING AND ZONING COMMISSION OF THE TOWN OF GUILFORD ET AL. *v.* ZONING BOARD OF APPEALS OF THE TOWN OF GUILFORD ET AL.

The defendant Louis J. Guerrera's petition for certification for appeal from the Appellate Court, 92 Conn. App. 600 (AC 25827), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Thomas E. Crosby*, in support of the petition.

*Jeffrey T. Beatty* and *Priscilla C. Mulvaney*, in opposition.

Decided January 24, 2006